UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 15-CR-109

BRANDI KNIEBES-LARSEN,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon consideration of the United States of America's Motion for Entry of Preliminary Order of Forfeiture, the parties' plea agreement, the Agreement Regarding Forfeiture, Sale, and Distribution of Proceeds of Real Property Located at 921 Louise Road, Neenah, Wisconsin, the Indictment, and the defendant's plea of guilty to Count One of the Indictment,

IT IS HEREBY ORDERED that all right, title, and interest in the real property located at 921 Louise Road, Neenah, Wisconsin, be, and hereby is, forfeited to the United States under Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that, under Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to seize and sell the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 2nd day of November, 2015.

                                                    s/ William C. Griesbach
                                                    WILLIAM C. GRIESBACH, Chief Judge
                                                    United States District Court - WIED